■ In the Matter of THELMA BERNSTEIN, Appellant, v INDUSTRIAL COMMISSIONER OF THE STATE OF NEW YORK, Respondent.—Motion granted and, upon reargument, the order of this court entered on July 5, 1977 is amended to grant reargument, the original memorandum decision and order of this court entered on May 12, 1977 (Appeal No. 205) are recalled and vacated, and a new memorandum decision, and a resettled order, substituted therefor as follows [see next case]. Concur—Murphy, P. J., Lupiano, Silverman and Capozzoli, JJ.